1

2

3

4

5

6

7

8    **IN THE UNITED STATES DISTRICT COURT**

9    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   GEORGE CAREY, et. al.,                    No. CIV S-08-2504-JAM-CMK

12            Plaintiffs,

13        vs.                                   ORDER

14   UNITED STATES, et al.,

15            Defendants.

16   _____/

17          Plaintiffs, proceeding in pro per, brought this action to quiet title in the Shasta

18   County Superior Court.  Defendant United States of America removed this action to the United

19   States District Court for the Eastern District of California on October 21, 2008.  Pending before

20   the court is defendant United States of America's request for additional time to respond to the

21   complaint (Doc. 3).

22          Defendant claims that it's response to the complaint, pursuant to the summons

23   issued by the Clerk of the Shasta County Superior Court, is due on or before October 25, 2008.

24   However, as the United States has removed the case to this court, pursuant to Rule 81(c) of the

25   Federal Rules of Civil Procedure, its response is now due within five days after removal, or

26   October 28, 2008.  Generally, pursuant to 28 U.S.C. § 2410, the United States would have 60

1

1  days after proper service to file its response.   Defendant claims that because this action was

2  erroneously brought in the state court, the United States' time to respond has been limited, and it

3  is requesting additional time to file an appropriate response.

4          Defendant claims that additional time to respond to the complaint is needed

5  because counsel has not yet received the administrative file regarding this matter, and is therefore

6  unable to adequately respond.  The administrative file has been requested, but not yet received.

7  Defendant is requesting until November 21, 2008 to respond to the complaint.

8          Good cause appearing therefor, this request is granted.  Defendant United States

9  of America's response to the complaint in this matter is due on or before November 21, 2008.

10          IT IS SO ORDERED.

11

12   DATED:  October 24, 2008

13                                                    _____

14                                                    **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26