**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

GEORGE CAREY, et. al.,                    No. CIV S-08-2504-JAM-CMK

       Plaintiffs,

   vs.                                             ORDER

UNITED STATES, et al.,

       Defendants.

_____/

       Plaintiffs, proceeding in pro per, brings this action to quiet title to real property. This matter is current set for a hearing on defendants' motion to dismiss on January 7, 2009. Due to a conflict in the court's calendar, this matter is reset to January 14, 2009, at 10:00 a.m. before the undersigned in Redding, California.

       IT IS SO ORDERED.

DATED:  December 24, 2008

                                           _____
                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE

1