IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE CAREY, et. al.,            No. CIV S-08-2504-JAM-CMK

    Plaintiffs,

  vs.                                    ORDER

UNITED STATES, et al.,

    Defendants.

_____/

        Plaintiffs, proceeding in pro per, bring this action to quiet title to real property. There is an initial scheduling conference currently set in this matter for April 9, 2009. Due to a scheduling conflict, the court finds it necessary to reset the scheduling conference. In addition, there is pending before the court a submitted motion to dismiss. As this motion may be dispositive of this case, the court finds it appropriate to vacate the scheduling conference. The scheduling conference will be reset if necessary following resolution of the pending motion.

        Accordingly, IT IS HEREBY ORDERED that the initial scheduling conference set for April 9, 2009 is vacated, to be reset if necessary.

DATED: March 25, 2009

                                                     **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE