# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE CAREY, et. al.,                    No. CIV S-08-2504-JAM-CMK

    Plaintiffs,

  vs.                                              ORDER

UNITED STATES, et al.,

    Defendants.

_____/

    Plaintiffs, proceeding in pro per, bring this action to quiet title to real property. Defendant, United States of America, has notified the court that one of the plaintiffs in this action has filed a petition to commence a Chapter 7 bankruptcy case. Mr. Carey has claimed a one-third ownership interest in the property which are the subject of this case.

    11 U.S.C. § 362(a)(4) provides that once a bankruptcy petition is filed, the petition "operates as a stay, applicable to all entities, of . . . any act to create, perfect, or enforce any lien against property of the estate." Defendant states this action appears to fall under that protection. The court agrees. Accordingly, this action will be stayed until such time as the bankruptcy proceeding is completed and/or Defendant obtains relief from the automatic stay. Defendant will be required to file a status report within 60 days setting forth the status of its

attempt to obtain relief from the automatic stay.

In addition, the court has before it a pending motion to dismiss (Doc. 7), which is currently under submission. As this action is now subject to the automatic stay, this motion will be administratively termed until such time as Defendant obtains relief from the automatic stay and/or the bankruptcy proceeding is complete.

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to the automatic stay pursuant to 11 U.S.C. § 362(a)(4), applicable to these proceedings, this case is administratively stayed until the bankruptcy proceeding is completed and/or Defendant obtains relief from the automatic stay;

2. Defendant is required to file a status report within 60 days setting forth the status of its attempt to obtain relief from the automatic stay; and

3. The Clerk of the Court is directed to administratively term the pending motion to dismiss (Doc. 7), until such time as the automatic stay is lifted.

DATED: July 27, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE